UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. BUJANOWSKI,

        Plaintiff,
v.                          Case No. 8:08-cv-390-T-33EAJ

LONNIE KOCONTES,

        Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court pursuant the Defendant's Second Unopposed Motion to Participate in the Electronic Court Filing System (Doc. # 129), which was filed on June 22, 2010. In the Motion, Defendant indicates that he and he seeks access to CM/ECF, and that Plaintiff does not oppose the Motion.

The Court grants the Motion and directs the Clerk to issue Defendant a CM/ECF account (login and password). However, Defendant is cautioned that he must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Defendant to review these rules prior to filing any documents on CM/ECF. In addition, Defendant shall participate in CM/ECF training as soon as reasonably possible.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant's Second Unopposed Motion to Participate in the Electronic Court Filing System (Doc. # 129) is **GRANTED.**

(2) The Clerk is directed to issue Defendant a CM/ECF account.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of June 2010.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record