UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD BUJANOWSKI,

    Plaintiff,

v.                         Case No. 8:08-cv-390-T-33EAJ

LONNIE KOCONTES,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of Defendant Lonnie Kocontes's "Second Motion to File Videotape Lodged with the Court on May 24, 2010" (Doc. # 130), filed on June 22, 2010.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to enter the disposition on such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the aforementioned motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Lonnie Kocontes's "Second Motion to File Videotape Lodged with the Court on May 24, 2010" (Doc. # 130) is hereby referred to the Honorable Elizabeth A. Jenkins,

United States Magistrate Judge, for disposition.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>5th</u> day of August, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties of Record