```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

EDWARD BUJANOWSKI,

        Plaintiff,

v.                              Case No. 8:08-cv-390-T-33EAJ

LONNIE KOCONTES,

        Defendant.

_____/

## **ORDER**

This cause comes before the Court pursuant to Plaintiff Edward Bujanowski's Motion for Order Directing Clerk to Enter Separate Judgment (Doc. #145), filed on January 18, 2011. For the reasons that follow, Mr. Bujanowski's Motion is granted.

On November 16, 2010, the Court entered an Order (Doc. # 143) accepting and adopting the Magistrate Judge's Report and Recommendation on Mr. Bujanowski's Motion for Attorneys' Fees and Costs (Doc. # 140). In the Order, the Court awarded Mr. Bujanowski $6,148.00 in attorneys' fees and costs.

By this Motion, Mr. Bujanowski asks the Court to instruct the Clerk to enter judgment. Mr. Bujanowski submits that entering judgment is proper here because the Court has found that Mr. Bujanowski is entitled to a sum certain for attorneys' fees and costs. Under Federal Rule of Civil Procedure 58, every judgment and amended judgment must be set out in a separate document, but a separate document is not

required for, among other things, an Order disposing of a Motion for Attorneys' Fees under Fed. R. Civ. Pro. 54(d)(2). However, in this case, the Eleventh Circuit Court of Appeals granted entitlement to attorneys' fees and costs not only under 28 U.S.C. § 1447(c) but also for sanctions under 28 U.S.C. § 1927.  The sanctions under 28 U.S.C. § 1927 are specifically exempted from Fed. R. Civ. Pro. 54(d)(2)(e).  As a result, the Court directs the Clerk to enter Judgment for Mr. Bujanowski by separate docket entry in the amount specified above.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Edward Bujanowski's Motion for Order Directing Clerk to Enter Separate Judgment (Doc. # 145) is **GRANTED**.

(2) The Clerk is directed to enter judgment for Plaintiff by separate docket entry in the amount specified above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of January, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record