```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

EDWARD BUJANOWSKI,

            Plaintiff,
v.                                   Case No. 8:08-cv-390-T-33EAJ

LONNIE KOCONTES,

            Defendant.
_____/
```

**ORDER**

This cause comes before the Court pursuant to defendant Lonnie Kocontes's Emergency Motion to Stay The Magistrate's Order Pending Appellate Review (Doc. # 175), filed on April 13, 2011.

On April 11, 2011, Judge Jenkins denied plaintiff Edward Bujanowski's Motion for Contempt (Doc. # 168), but required Mr. Kocontes to comply with the subpoena and appear for a judgment debtor's examination. (Doc. # 172 at 2-3). In light of the parties' inability to agree on a date for the examination, Judge Jenkins ordered Mr. Kocontes to appear for the examination on April 25, 2011. Id. at 3.

Mr. Kocontes filed objections to the order (Doc. # 173), which this Court considered and denied on April 13, 2011. (Doc. # 174). In this Motion, Mr. Kocontes notifies the Court that he is seeking appellate review of Judge Jenkins's order and requests a stay of the examination pending the outcome of

that review. (Doc. # 175 at 3-4). Mr. Koconotes filed a notice of appeal on April 13, 2011. (Doc. # 177).

"The Supreme Court has explained that 'a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" Blinco v. Green Tree Servicing, LLC, 366 F.3d 1249, 1251 (11th Cir. 2004) (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)). By requesting a stay of the examination, Mr. Kocontes requests that this Court improperly assert control over an aspect of the case involved in the appeal. This Court finds that the notice of appeal has divested it of jurisdiction to consider this matter. Blinco, 366 F.3d at 1251. As such, the Court denies the Motion for lack of jurisdiction.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Lonnie Kocontes's Emergency Motion to Stay The Magistrate's Order Pending Appellate Review (Doc. # 175) is **DENIED** for lack of jurisdiction.

-2-

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>14th</u> day of April, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record